FREDDIE SCHNELL, ELECTRO-PROTECTIVE CORPORATION AND SUPREME SECURITY SYSTEMS, INC., PLAINTIFFS-RESPONDENTS, v. TOWNSHIP OF MILLBURN, A MUNICIPAL CORPORATION, AND WELLS FARGO SIGNAL SYSTEMS, A CORPORATION, DEFENDANTS-APPELLANTS.

Argued November 18, 1974—Decided December 4, 1974.

*Mr. Michael R. Griffinger* and *Mr. David M. Hyman,* argued the cause for appellants, (*Crummy, Del Deo, Dolan*

*and Purcell,* attorneys for Wells Fargo Signal Systems, and *Mr. Eugene T. O'Toole,* attorney for Township of Millburn).

*Mr. Sidney Krieger* argued the cause for respondents.

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division. 127 *N. J. Super.* 155.

*For affirmance*—Chief Justice HUGHES, Justices JACOBS, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD and Judge COLLESTER—7.

*For reversal*—None.